IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NORTHWEST AIRLINES, INC., Plaintiff, vs. LOCAL 2000, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AFL-CIO, et al. Defendants. | Civil Action No. 00-08 DWF/AJB |
| | **ORDER REGARDING DISCOVERY AND EXTENSION OF TEMPORARY RESTRAINING ORDER** |

On January 6, 2000, this Court heard plaintiff Northwest Airline's motions to expedite discovery and to preserve evidence. In the telephonic hearing plaintiff was represented by Timothy R. Thornton and the represented defendants were represented by Richard Miller and Roland Wilder. Based upon the briefs and arguments, the Court, by the undersigned Magistrate Judge, orders as follows:

**(1) Continuation of Temporary Restraining Order**

Pursuant to the stipulation of the parties, the temporary restraining order the Court entered on January 5, 2000, shall continue in full force and effect for a period of up to 45

1124616.1

FILED JAN 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

days from that date, or to February 19, 2000, unless extended pursuant to a further order of this Court.

**(2) Expedited Discovery**

The motion of Northwest Airlines for expedited discovery is granted subject to the following modification. The parties may initiate discovery as of January 6, 2000. The parties may also notice depositions immediately. Responses to written discovery requests and to requests for production or inspection of things (for example, computers and electronic storage devices) shall be due within 15 days of service in Minneapolis, Minnesota, unless some other place or time is agreed to by the parties. The return time of 15 days for discovery responses shall apply regardless of the manner of service, but the parties shall use the most expeditious means of service possible, by hand delivery or facsimile transmission if possible, or otherwise by overnight delivery.

**(3) Preservation of Evidence**

The motion of Northwest Airlines to preserve evidence is granted in part. The parties shall take reasonable steps to preserve all potentially relevant documents, including information contained or stored in an electronic medium or format, including a computer word-processing document, storage medium, spreadsheet, database and electronic mail. Unless otherwise stated in a request, a request for "documents" shall be construed as also asking for information contained or stored in an electronic medium or format. Counsel shall promptly inform their clients of their duty to preserve evidence pursuant to this order;

counsel for Northwest Airline shall also promptly serve the so far unrepresented parties with a copy this order.

**(4) Prohibition on Use of Computers**

That part of the motion of Northwest Airlines to preserve evidence further by prohibiting defendants from using their computers or other electronic storage devices until inspected by Northwest Airlines is denied.

Dated: January 7th, 2000

Magistrate Judge

For Immediate Release
January 3, 2000

# PRESS RELEASE

UNITED STATES DISTRICT COURT

Contact: Francis E. Dosal, Clerk
(651) 848-1100

## FEDERAL COURT ADOPTS AMENDMENTS TO LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the adoption of several amendments to its local rules of practice. The changes were recommended by the Court's Local Rules Committee chaired by Minneapolis Attorney Cliff Greene of the law firm Greene Espel.

As required by federal statute, the proposed revisions were posted for public review and comment in late 1999. Following consideration of the comments received, the proposed rules were adopted unanimously by the Court to be effective January 3, 2000. The proposed amendments are as follows:

- **LR 5.1**
  Amendments to LR 5.1 and LR 5.2 regarding filing procedures.

- **LR 7.1(b)(2)**
  A new advisory committee's note regarding evidentiary materials submitted with reply briefs.

- **LR 16.1**
  Amendments in response to the requirements of the Alternative Dispute Resolution Act of 1998.

- **LR 83.13**
  New rule regarding the discipline of court appointees.

The amendments to the Local Rules may be obtained in the Office of the Clerk of Court in either St. Paul, Minneapolis or Duluth; by contacting the Clerk of Court at the address below; or online through the Update Service of Westlaw.

Francis E. Dosal, Clerk
U.S. District Court
708 Federal Building
316 North Robert Street
St. Paul, MN 55101
651-848-1100