**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil No. 00-CV-08 DWF/AJB

NORTHWEST AIRLINES, INC.,

Plaintiff,

v.

**ORDER ON MOTION FOR PROTECTIVE ORDER**

LOCAL 2000, et al.,

Defendants.

---

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on defendants' motion for protective order. Hearing was held by telephone on January 10, 2000. Tim Thornton, Esq. appeared on behalf of plaintiff. Richard Miller, Esq. appeared on behalf of defendant Local 2000. Roland Miller, Esq. appeared on behalf of defendant International Brotherhood of Teamsters.

Based upon the file and documents contained therein, along with memoranda and arguments of counsel, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff shall provide defendants with initial disclosures pursuant to Rule 26(a)(1)(A) and (B) no later than January 25, 2000.

2. The number of depositions shall be limited to 25. All depositions shall be in Minneapolis, Minnesota. The depositions shall be limited to the time reasonably necessary to gain relevant information but shall not otherwise be limited in time.

3. The scope of the depositions and other discovery shall be limited to the



FILED JAN 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

time frame of December 7, 1999 to January 6, 2000 and shall be limited to the issues of the complaint allegations of the concerted sickout of December 21, 1999 to January 6, 2000 and threats to do same in future and; defendant Local 2000's participation in, authorization or ratification thereof.

4. Any inquiry into issues relating to Defendant Local 2000's negotiation/strike strategy and goals shall be prohibited.

5. The discovery cutoff date shall be January 8, 2000.

Dated: 1/11/00

Arthur J. Boylan
United States Magistrate Judge

For Immediate Release
January 3, 2000

# PRESS RELEASE

UNITED STATES DISTRICT COURT

Contact: Francis E. Dosal, Clerk
(651) 848-1100

## FEDERAL COURT ADOPTS AMENDMENTS TO LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the adoption of several amendments to its local rules of practice. The changes were recommended by the Court's Local Rules Committee chaired by Minneapolis Attorney Cliff Greene of the law firm Greene Espel.

As required by federal statute, the proposed revisions were posted for public review and comment in late 1999. Following consideration of the comments received, the proposed rules were adopted unanimously by the Court to be effective January 3, 2000. The proposed amendments are as follows:

- **LR 5.1**
  Amendments to LR 5.1 and LR 5.2 regarding filing procedures.

- **LR 7.1(b)(2)**
  A new advisory committee's note regarding evidentiary materials submitted with reply briefs.

- **LR 16.1**
  Amendments in response to the requirements of the Alternative Dispute Resolution Act of 1998.

- **LR 83.13**
  New rule regarding the discipline of court appointees.

The amendments to the Local Rules may be obtained in the Office of the Clerk of Court in either St. Paul, Minneapolis or Duluth; by contacting the Clerk of Court at the address below; or online through the Update Service of Westlaw.

Francis E. Dosal, Clerk
U.S. District Court
708 Federal Building
316 North Robert Street
St. Paul, MN 55101
651-848-1100