**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Northwest Airlines, Inc.,

Plaintiff,

v.

Local 2000, International Brotherhood of Teamsters; Billie Davenport; Al Habib; Danny Campbell; Anne Toombs; Lovey Offerle; Joan Prince Crandall; Shadlea Bennett-Williams; Andrew Damis; Contract Action Team of Local 2000; HAVOC Committee of Local 2000; Rank and File Action Team of Local 2000; Jose Ibarra, Kristi Valenzuela; Bierne Desilets; Scott Vanspeybroeck; Carl Badynee; Dorothy Hutchinson; Ashley McNeely; Khaki Androsiuk; Gary Helton; Bob Boehm; Lou Rudy; Kevin Griffin; Ted W. Reeve; International Brotherhood of Teamsters, AFL-CIO; John Does 1-100; and Jane Does 1-100,

Defendants.

Civil No. 00-08 (DWF/AJB)

**MEMORANDUM OPINION AND ORDER**

On January 5, 2000, the Court entered a Temporary Restraining Order in this matter, enjoining the Defendants from engaging in any sort of work action in an effort to advance contract negotiations with the Plaintiff. The Court now sets a hearing on Plaintiff's Motion for Preliminary Injunction for 9:00 a.m., Tuesday, February 15, 2000. The parties have expressed their intentions to present both live testimony and deposition testimony. Accordingly, the Court reserves two days for the hearing, with the understanding that the hearing may be concluded earlier.

While the current litigation involves only the work action taken by the union, the Court is well aware of the context in which it arises. These parties have been attempting to negotiate a

FILED JAN 11 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

collective bargaining agreement for three years and have thus far been unable to achieve an agreement which could be ratified by the union's membership. The time has long since passed for these parties to reach a fair and appropriate contract, not only for the union members but also for the public interest. The current litigation, while certainly of import to the parties, will have little effect on the contract negotiations and will not resolve the core controversy between the parties.

Both parties have represented to the Court that they are presently more than willing to engage in good faith negotiations in an effort to end this three-year deadlock. Indeed, Northwest Airlines, in its representations to the Court and in its press releases, has indicated its belief that the overwhelming majority of the flight attendants are professional, dedicated employees and its desire to reach some sort of agreement with respect to the flight attendants' contract. Similarly, the union has publicly indicated its willingness and desire to return to the bargaining table. Given the postures taken by both parties and the enormous public interest in achieving a contract, it is difficult for this Court to understand how engaging in significant discovery and preparation for a preliminary injunction hearing will serve the interests of anyone involved.

Although the Court is persuaded that any delay of a preliminary injunction hearing will not serve the interests of either party, the public interest and the interests of the parties require that the contract negotiations which form the context of this litigation continue without delay as well.

To that end, the Court orders the parties to return to the bargaining table forthwith. Although the National Mediation Board has suspended its proceedings in this matter, the parties are free to engage in private negotiations. The Court orders the parties (Northwest Airlines, Local 2000, and the International Brotherhood of Teamsters, AFL-CIO) to agree upon a private mediator or, if such an agreement cannot be made, to provide the Court with a list of acceptable mediators by Friday, January 14. Moreover, the Court orders the parties to engage in good-faith

negotiations with that mediator during the next several weeks. By Friday, February 4, the parties shall provide the Court and the National Mediation Board with a tentative agreement or, if no such agreement has been reached, a detailed list of points on which the parties continue to disagree. The Court invites the National Mediation Board to consider renewing its involvement with this matter at the earliest possible date.

For the reasons stated, **IT IS HEREBY ORDERED:**

1. That the parties shall be present for a hearing on the Plaintiff's Motion for Preliminary Injunction on Tuesday, February 15, 2000;

2. That Northwest Airlines, Local 2000, and the International Brotherhood of Teamsters shall agree upon a private mediator by January 14, 2000, or, if such an agreement is not possible, shall each provide the Court with a list of acceptable mediators by 5:00 p.m. CST on Friday, January 14;

3. That the said parties shall, in good faith, engage in contract negotiations with the agreed-upon or court-ordered mediator; and

4. That by 5:00 p.m. CST, Friday, February 4, 2000, the said parties shall provide the Court and the National Mediation Board with a tentative agreement or, if no such agreement has been reached, with a detailed list of points on which the parties continue to disagree.

Dated: January 11, 2000

DONOVAN W. FRANK
Judge of United States District Court

For Immediate Release
January 3, 2000

# PRESS RELEASE

UNITED STATES DISTRICT COURT

Contact: Francis E. Dosal, Clerk
(651) 848-1100

## FEDERAL COURT ADOPTS AMENDMENTS TO LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the adoption of several amendments to its local rules of practice. The changes were recommended by the Court's Local Rules Committee chaired by Minneapolis Attorney Cliff Greene of the law firm Greene Espel.

As required by federal statute, the proposed revisions were posted for public review and comment in late 1999. Following consideration of the comments received, the proposed rules were adopted unanimously by the Court to be effective January 3, 2000. The proposed amendments are as follows:

- **LR 5.1**
  Amendments to LR 5.1 and LR 5.2 regarding filing procedures.

- **LR 7.1(b)(2)**
  A new advisory committee's note regarding evidentiary materials submitted with reply briefs.

- **LR 16.1**
  Amendments in response to the requirements of the Alternative Dispute Resolution Act of 1998.

- **LR 83.13**
  New rule regarding the discipline of court appointees.

The amendments to the Local Rules may be obtained in the Office of the Clerk of Court in either St. Paul, Minneapolis or Duluth; by contacting the Clerk of Court at the address below; or online through the Update Service of Westlaw.

Francis E. Dosal, Clerk
U.S. District Court
708 Federal Building
316 North Robert Street
St. Paul, MN 55101
651-848-1100