UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

NORTHWEST AIRLINES, INC., Civil No. 00-08 DWF/AJB

Plaintiff,

v. ORDER

LOCAL 2000 INTERNATIONAL BROTHERHOOD OF TEAMSTERS, ET AL.,,

Defendants.

---

The above captioned matter came on for hearing before the undersigned Magistrate Judge of the above-named Court, St. Paul, Minnesota, on February 11, 2000. Tim Thornton, Esq. appeared on behalf of plaintiffs. Paul Levy, Esq. and Barbara Harvey, Esq. appeared on behalf of defendants Griffin and Reeve.

The Court is advised by counsel for the defendants that pursuant to this Court's earlier order, the firm of Ernst & Young had provided defendant's counsel with documents falling within the purview of plaintiff's discovery requests following Ernst & Young's review of computer hard drives owned by defendants. In a prior Order, the Court had required defense counsel to review said documents and to produce discoverable documents to plaintiffs within 24 hours of defense counsel's receipt of the same. To assist defense counsel in meeting the 24 hour deadline, the Court had also ordered that Ernst & Young, at plaintiff's expense, produce a log of documents in question. The Court being informed that a log was not immediately produced as

Filed FEB 11 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

required and that therefore, defense counsel was having difficulty in meeting the 24 hour deadline previously imposed and sought relief from said deadline,

NOW THEREFORE, THE COURT HEREBY ORDERS as follows:

1. The 24 hours deadline previously imposed is stricken. Defense counsel shall use reasonable efforts to review the documents placed in their possession with a view towards determining which documents are responsive to plaintiff's discovery request and to produce said documents to plaintiffs forthwith. For all documents produced which objection is made, defense counsel shall deliver a log to plaintiff's counsel indicating which documents have been withheld and the reasons for their non-delivery.

2. Notwithstanding anything to the contrary contained herein or in prior orders, said documents shall be delivered by defense counsel to plaintiff's counsel, together with the log describing withheld documents, no later than 12:00 Noon, Central Standard Time, on Sunday, February 13, 2000.

Dated: 2/11/00

ARTHUR J. BOYLAN
United States Magistrate Judge