**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Northwest Airlines, Inc.,

Plaintiff,

v.

Local 2000, International Brotherhood of Teamsters; Billie Davenport; Al Habib; Danny Campbell; Anne Toombs; Lovey Offerle; Joan Prince Crandall; Shadlea Bennett-Williams; Andrew Damis; Contract Action Team of Local 2000; HAVOC Committee of Local 2000; Rank and File Action Team of Local 2000; Jose Ibarra, Kristi Valenzuela; Bierne Desilets; Scott Vanspeybroeck; Carl Badynee; Dorothy Hutchinson; Ashley McNeely; Khaki Androsiuk; Gary Helton; Bob Boehm; Lou Rudy; Kevin Griffin; Ted W. Reeve; International Brotherhood of Teamsters, AFL-CIO; John Does 1-100; and Jane Does 1-100,

Defendants.

Civil No. 00-08 (DWF/AJB)

**ORDER**

---

Timothy R. Thornton, Esq., Briggs & Morgan, 2400 IDS Center, 80 South 8th Street, Minneapolis, MN 55402; and Scott G. Knudson, Esq., Briggs & Morgan, W2200 First National Bank Building, 322 Minnesota Street, St. Paul, MN 55101, counsel for Plaintiff.

Richard A. Miller, Esq., Michael B. Bloom, Esq., Daniel J. Froehlich, Esq., and Brendan D. Cummins, Esq., Miller O'Brien Bloom, P.L.L.P., 1208 Plymouth Building, 12 South 6th Street, Minneapolis, MN 55402-1529; Roland P. Wilder, Jr., Esq., William R. Wilder, Esq., and J. Patrick Butler, Esq., Baptistes & Wilder, 1150 Connecticut Avenue N.W., Suite 500, Washington, D.C. 20036, counsel for Defendants International Brotherhood of Teamsters, AFL-CIO; Local 2000, International Brotherhood of Teamsters; and Billie Davenport.

Andrew E. Tanick, Esq, and Gerald T. Laurie, Esq., Lapp Laurie Libra Abramson & Thomson, 120 6th Street South, Suite 2500, Minneapolis, MN 55402; Paul A. Levy, Esq., Public Citizen Litigation Group, 2000 P Street Northwest, Suite 700, Washington, D.C. 20036, and Barbara Harvey, Esq., Harvey Law Office 645 Griswold Avenue, Suite 1800, Detroit, MI 48226, counsel for Defendants Kevin Griffin and Ted W. Reeve.

---

FILED APR 11 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

The above-entitled matter came on for a status conference before the undersigned United States District Judge on April 9, 2000. The Court requested that the parties provide information regarding the current status of the case, including the procedural status of any pending motions; the current status of discovery; and the position of each party with respect to the current status of the stipulated agreement entered into by Northwest Airlines, Defendant Local 2000, and the other named Defendants, except the International Brotherhood of Teamsters, Kevin Griffin, and Ted W. Reeve.

Based upon the presentations and submissions of counsel; in the context of the stipulation between Northwest Airlines, Defendant Local 2000, and the other named Defendants as noted, and all existing orders of the Court; and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

**1. MOTION OF DEFENDANT INTERNATIONAL BROTHERHOOD OF TEAMSTERS' MOTION FOR JUDGMENT ON THE PLEADINGS ADDRESSING ALL FEDERAL CLAIMS.**

This dispositive motion shall be heard on Friday, June 16, 2000, at 1:30 p.m., in Courtroom 2, 7th Floor, United States Courthouse, 316 North Robert Street, St. Paul, Minnesota. Each party shall be permitted 30 minutes of argument.

**2. DEFENDANTS' (WITH THE EXCEPTION OF KEVIN GRIFFIN AND TED W. REEVE) MOTION FOR DISMISSAL OF ALL STATE CLAIMS.**

This dispositive motion is hereby set for Thursday, June 29, 2000, to commence at 9:30 a.m., in Courtroom 2, 7th Floor, United States Courthouse, 316 North Robert Street, St. Paul, Minnesota. Each party shall be allowed 20 minutes for argument.

3. **DEFENDANTS KEVIN GRIFFIN AND TED REEVE'S APPEAL FROM MAGISTRATE JUDGE ARTHUR J. BOYLAN'S ORDER DATED FEBRUARY 2, 2000.**

Oral argument on Defendants' appeal shall be heard on June 29, 2000, following argument on the dispositive motions scheduled for that date. Plaintiff Northwest Airlines and Defendants Kevin Griffin and Ted Reeve shall each be allowed 15 minutes with respect to the appeal from Magistrate Judge Boylan's order dated February 2, 2000. Defendants' request for an extension of time (Doc. No. 110) is **GRANTED**. Plaintiff Northwest Airlines, Inc.'s motion to exceed the page limit with respect to its brief in opposition to Defendants Griffin and Reeve's appeal from Magistrate Judge Boylan's discovery order regarding examination of Defendants' computer equipment (Doc. No. 106) is also **GRANTED**.

4. In the event the parties stipulate and agree to hear all motions consecutively on the same date, namely June 29, 2000, the Court will proceed accordingly. However, absent that agreement and stipulation, the motions shall be heard as set forth herein, namely, on June 16 and 29, 2000, respectively. The decision of the Court with respect to bifurcating the motions is based in large part on the Court's schedule and the availability of respective counsel for the dates in question.

5. All discovery shall be stayed pending the Court's decision on the motions before it.

6. The stipulated agreement between Plaintiff Northwest Airlines, Inc. and the named Defendants, except for Defendants Kevin Griffin, Ted W. Reeve, and the International Brotherhood of Teamsters, shall remain in full force and effect, pending the Court's decision on the motions before it.

7. Except to the extent modified herein, all existing orders and agreements of the parties shall remain in full force and effect.

Dated: April 11th, 2000

DONOVAN W. FRANK
Judge of United States District Court