**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Northwest Airlines, Inc.,

Civil No. 00-08 (DWF/AJB)

Plaintiff,

v.

**ORDER**

Local 2000, International Brotherhood of Teamsters; Billie Davenport; Al Habib; Danny Campbell; Anne Toombs; Lovey Offerle; Joan Prince Crandall; Shadlea Bennett-Williams; Andrew Damis; Contract Action Team of Local 2000; HAVOC Committee of Local 2000; Rank and File Action Team of Local 2000; Jose Ibarra, Kristi Valenzuela; Bierne Desilets; Scott Vanspeybroeck; Carl Badynee; Dorothy Hutchinson; Ashley McNeely; Khaki Androsiuk; Gary Helton; Bob Boehm; Lou Rudy; Kevin Griffin; Ted W. Reeve; International Brotherhood of Teamsters, AFL-CIO; John Does 1-100; and Jane Does 1-100,

Defendants.

---

Timothy R. Thornton, Esq., Briggs & Morgan, 2400 IDS Center, 80 South 8th Street, Minneapolis, MN 55402; Scott G. Knudson, Esq., Briggs & Morgan, W2200 1st National Bank Building, 322 Minnesota Street, St. Paul, MN 55101, attorneys for Plaintiff.

Richard A. Miller, Esq., Michael B. Bloom, Esq., and Daniel J. Forehlich, Esq., and Brendan D. Cummins, Esq., Miller O'Brien Bloom, P.L.L.P., 1208 Plymouth Building, 12 South 6th Street, Minneapolis, MN 55402-1529; Roland P. Wilder, Jr., Esq., William R. Wilder, Esq., and J. Patrick Butler, Esq., Baptistes & Wilder, 1150 Connecticut Avenue NW, Suite 500, Washington, D.C. 20036, attorneys for Defendants International Brotherhood of Teamsters, AFL-CIO; Local 2000, International Brotherhood of Teamsters; and Billie Davenport.

Andrew E. Tanick, Esq., and Gerald T. Laurie, Esq., Lapp, Laurie, Libra, Abramson & Thomson, 120 6th Street South, Suite 2500, Minneapolis, MN 55402; Paul Levy, Esq., Public Citizen Litigation Group, 2000 P Street Northwest, Suite 700, Washington, D.C. 20036; and Barbara Harvey, Esq., Harvey Law Office 645 Griswold Avenue, Suite 1800, Detroit, MI 48226, attorneys for Defendants Kevin Griffin and Ted W. Reeve.

---

FILED MAY 19 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

The motion of Defendants Ted W. Reeve and Kevin Griffin for leave to file a response to Plaintiff's Surreply regarding the appeal from Magistrate Judge Boylan's Order setting conditions under which Defendants' computer equipment might be examined is hereby **GRANTED**.

Dated: May 19, 2000

DONOVAN W. FRANK
Judge of United States District Court