**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Northwest Airlines, Inc.,

Plaintiff,

v.

Local 2000, International Brotherhood of Teamsters; Billie Davenport; Al Habib; Danny Campbell; Anne Toombs; Lovey Offerle; Joan Prince Crandall; Shadlea Bennett-Williams; Andrew Damis; Contract Action Team of Local 2000; HAVOC Committee of Local 2000; Rank and File Action Team of Local 2000; Jose Ibarra, Kristi Valenzuela; Bierne Desilets; Scott Vanspeybroeck; Carl Badynee; Dorothy Hutchinson; Ashley McNeely; Khaki Androsiuk; Gary Helton; Bob Boehm; Lou Rudy; Kevin Griffin; Ted W. Reeve; International Brotherhood of Teamsters, AFL-CIO; John Does 1-100; and Jane Does 1-100,

Defendants.

Civil No. 00-08 (DWF/AJB)

**STIPULATED ORDER**

On May 30, 2000, the International Brotherhood of Teamsters tabulated the votes of the Local 2000 membership and determined that the membership had successfully ratified a collective bargaining agreement proffered by the union leadership and Northwest Airlines. Thus, the contract dispute which formed the context of this litigation has now been resolved.

Pursuant to the prior stipulations and agreements of the parties, as well as the representations of the parties subsequent to ratification of the collective bargaining agreement,

**IT IS HEREBY ORDERED:**

FILED JUN 01 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 01 2000
DEPUTY CLERK ____________

1. That the **COMPLAINT**, as well as any and all **CROSS-CLAIMS**, **COUNTERCLAIMS**, and **THIRD-PARTY CLAIMS**, are hereby **DISMISSED WITH PREJUDICE**; and

2. That, in keeping with the terms of earlier-issued discovery orders, Ernst and Young shall return or destroy all copies of computer data taken from the personal computers of Defendants Kevin Griffen and Ted Reeve and shall certify to the Court that such action has been taken.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 18, 2000

DONOVAN W. FRANK
Judge of United States District Court