# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Northwest Airlines, Inc.

v.

Local 2000, Int'l Brotherhood of Teamsters, Billie Davenport, Al Habib, Danny Campbell; Anne Toombs; Lovey Offerle, Joan Prince Crandall, Shadlea Bennett-Williams; Andrew Dames, Contract Action Team of Local 2000, HAVOC Committee of Local 2000, Rank and File Action Team of Local 2000, Jose Ibarra, Kristi Valenzuela, Bierne Desilets, Scott Vanspeybroeck, Carl Badynee, Dorothy Hutchinson, Ashley McNeely, Khaki Androsiuk, Gary Helton, Bob Boehm, Lou Rudy, Kevin Griffin, Ted W. Reeve, Int'l Brotherhood of Teamsters AFL-CIO, John Does 1-100 and Jane Does 1-100

Case No. Civil 0-08DWF/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice; and that, in keeping with the terms of earlier-issued discovery orders, Ernst and Young shall return or destroy all copies of computer data taken from the personal computers of defendants Kevin Griffen and Ted Reeve and shall certify to the court that such action has been taken.

DATE: June 1, 2000

FRANCIS E. DOSAL, CLERK

______________________________

Denise La Fond, Deputy Clerk